IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-20862-JAD |
| | : | |
| Eric Linsenbigler and | : | CHAPTER 7 |
| Jennifer Linsenbigler | : | |
| Debtors | : | Filed Pursuant to Rule 1007-4 |
| | : | |
| Jennifer Linsenbigler, | : | |
| Movant | | |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Jennifer Linsenbigler,** hereby state as follows:

1. I am disabled.

2. I currently do not receive income from any sources.

3. I have filed income tax returns for the years 2014 – 2016 but do to my lack of income I was not required to file a return in 2017.

4. I am not currently employed therefore I have no payment advices for the preceding six (6) months.

5. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: April 13, 2018                   /s/ Jennifer Linsenbigler
                                        Jennifer Linsenbigler
                                        Debtor

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 18-20862-JAD |
| Eric Linsenbigler and<br>Jennifer Linsenbigler<br>Debtors | CHAPTER 7<br><br>Filed Pursuant to Rule 1007-4 |
| Eric Linsenbigler,<br>Movant | |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Eric Linsenbigler**, hereby state as follows:

1. I am disabled.

2. I receive Social Security Benefits in the amount of $ 1,549.00 per month.

3. I receive Food Stamps in the amount of $94.00 per month.

4. I have filed income tax returns for the years 2014 – 2016 but do to my lack of income I was not required to file a return in 2017.

5. I am not currently employed therefore I have no payment advices for the preceding six (6) months.

6. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: April 13, 2018

/s/ Eric Linsenbigler
Eric Linsenbigler
Debtor