| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Eric Linsenbigler** | Social Security number or ITIN | **xxx–xx–0598** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Jennifer Linsenbigler** | Social Security number or ITIN | **xxx–xx–9362** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed for chapter **7** | **3/7/18** |
| Case number: | **18–20862–JAD** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eric Linsenbigler | Jennifer Linsenbigler |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 245 Manor Road<br>Unit 1<br>Delmont, PA 15626 | 245 Manor Road<br>Unit 1<br>Delmont, PA 15626 |
| 4. | **Debtor's attorney**<br>Name and address | Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210 | Contact phone 412–765–3606<br><br>Email:  ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lisa M. Swope<br>Neugebauer & Swope, P.C.<br>219 South Center Street<br>P. O. Box 270<br>Ebensburg, PA 15931 | Contact phone 814–472–7151<br><br>Email:  lms@nsslawfirm.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                    page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 4/16/18 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 18, 2018 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Commissioners Hearing Room No.1, Westmoreland County Courthouse, Greensburg, PA 15601** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/17/18** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                 page **2**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Eric Linsenbigler**
**Jennifer Linsenbigler**
  Debtor(s)

Bankruptcy Case No.: 18–20862–JAD
Chapter: 7

Whereas, Federal Rule of Bankruptcy Procedure 1007(c) requires an individual Debtor(s) to file a statement regarding completion of a course in personal financial management within 60 days after the first date set for the meeting of creditors under §341 of the Bankruptcy Code in a Chapter 7 case and,

Whereas, 11 U.S.C. § 727 (a)(11) states that the Court shall not grant a discharge unless the Debtor(s) completes an instructional course concerning personal financial management after filing the petition,

It is hereby ordered that this case shall be closed without entry of a discharge on the 75th day after the first date set for the meeting of creditors unless, within the 60 days after the first date set for the meeting of creditors, the Debtor(s) files a certification that the course in personal financial management described in 11 U.S.C. § 111 was completed. The certification must substantially conform to Official Form No. 423, Certification of Completion of Instructional Course Concerning Personal Financial Management. The Court may delay closing this case without further order or notice.

It is further ordered that a Debtor(s) who cannot meet the requirement of attending the personal financial management course due to incapacity, disability or active military duty in a military combat zone must file a motion with the court to be excused from attending the course within 60 days after first date set for the meeting of creditors. The case shall be closed without entry of a discharge if the Debtor(s) fails to timely file the motion.

Dated: April 16, 2018

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

<u>REMINDER TO COUNSEL</u>

<u>Before filing</u>: Generally, a person is ineligible to be a Debtor unless he/she has taken a credit counseling course within 180 days before filing a petition, and files the certificate. 11 U.S.C. Section 109(h)(1).

<u>After filing</u>: A Chapter 7 Debtor is ineligible for a discharge if he/she has not, within 60 days after the first date fixed for the 341 meeting, filed the certificate of having taken the personal financial management course (Official Form 423). 11 U.S.C. Section 727(a)(11) and Rule 1007(b)(7).

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-20862-JAD
Eric Linsenbigler                                                       Chapter 7
Jennifer Linsenbigler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 3           Date Rcvd: Apr 16, 2018
                              Form ID: 309A           Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 18, 2018.
```
db/jdb         +Eric Linsenbigler,   Jennifer Linsenbigler,    245 Manor Road,    Unit 1,
                 Delmont, PA 15626-1621
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
tr             +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14787384       +Berkheimer,    50 North Seventh Street,    Bangor, PA 18013-1798
14787389       +Comcast,    Po Box 3001,   Southeastern, PA 19398-3001
14787394       +Dayo Navalgund Associates,    120 Village Drive,    Greensburg, PA 15601-3787
14787395       +Directv,    PO Box 5007,   Carol Stream, IL 60197-5007
14812026       +Dr Ewere,    298 Old Rte 30,,   Greensburg, PA 15601-6992
14812028       +Excela Health,    134 Industrial Park Road,    Greensburg, PA 15601-7497
14812029       +Excella Health Group,    PO Box 645189,    Pittsburgh, PA 15264-5189
14787397       #+Fay Servicing Llc,    939 W North Ave,    Chicago, IL 60642-8029
14812031       +First National Bank,    3140 East State Street,    Hermitage, PA 16148-3348
14787398       +Foremost Consumer,    5600 Beech Tree Lane,    Caledonia, MI 49316-9482
14787403       +Latrobe Hospital,    1 Mellon Wat,    Latrobe, PA 15650-1197
14787405       +Mohela/Dept Of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
14787406      ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,   MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
               (address filed with court: Nationwide Insurance,     1 Nationwide Plaza,    Columbus, OH 43215)
14787407       #+Northwest Consumer Dis,    Po Box 164,    Natrona Heights, PA 15065-0164
14812043       +People Gas Bankruptcy Department,     375 North Shore Drive, Ste. 600,    Attn: Dawn Lindner,
                 Pittsburgh, PA 15212-5866
14787409       +Phelan Hallinan Diamond & Jones LLP.,     1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
14787410       #+Progressive Financial Services,    PO Box 22083,    Tempe, AZ 85285-2083
14787411       +Progressive Insurance,    6300 Wilson Mills Rd,    Mayfield Village, OH 44143-2182
14787412        Radiologic Consultants Ltd,    514 Pellis Rd # 200,    Monaca, PA 15061
14787413       +Richard H. McHenry DMD,    660 Pellis Road,    Suite 202,   Greensburg, PA 15601-4633
14787418        UPMC,    PO Box 371842,   Pittsburgh, PA 15250-7842
14787417       +United Auto Credit Co,    3990 Westerley Place,    Newport Beach, CA 92660-2310
14787419       +Us Dep Ed,    Po Box 5609,   Greenville, TX 75403-5609
14787425       +Westmoreland County Tax Claim Bureau,     2 North Main Street,    Suite 406,
                 Greensburg, PA 15601-2417
14787426       +Westmoreland Hospital,    532 W Pittsburgh St,    Greensburg, PA 15601-2282

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@mcelrathlaw.com Apr 17 2018 01:47:26     Paul W. McElrath, Jr.,
                 McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,    Pittsburgh, PA 15210
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2018 01:47:51      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Apr 17 2018 01:48:06
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
14787381       +E-mail/Text: bankruptcy@firstenergycorp.com Apr 17 2018 01:48:10      Allegheny Power,
                 800 Cabin Hill Drive,    ATTN: PAUL J. EVANSON,    Greensburg, PA 15606-0001
14787382       +EDI: HFC.COM Apr 17 2018 05:33:00      Beneficial,    P.O. Box 3425,   Buffalo, NY 14240-3425
14787383       +EDI: HFC.COM Apr 17 2018 05:33:00      Beneficial Consumer Discount,    PO Box 5233,
                 Carol Stream, IL 60197-5233
14787385       +E-mail/Text: banko@berkscredit.com Apr 17 2018 01:47:40      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
14787386       +E-mail/Text: banko@berkscredit.com Apr 17 2018 01:47:40      Berks Credit & Colle,   Po Box 329,
                 Temple, PA 19560-0329
14787387        EDI: CAPITALONE.COM Apr 17 2018 05:33:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
14787388        EDI: CAPITALONE.COM Apr 17 2018 05:33:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
14787390       +EDI: CCS.COM Apr 17 2018 05:33:00      Credit Coll,    Po Box 607,   Norwood, MA 02062-0607
14787391       +EDI: CCUSA.COM Apr 17 2018 05:33:00      Credit Coll/Usa,    16 Distributor Dr Ste 1,
                 Morgantown, WV 26501-7209
14787392       +E-mail/Text: abovay@creditmanagementcompany.com Apr 17 2018 01:48:26      Credit Management Co,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14787393       +EDI: RCSFNBMARIN.COM Apr 17 2018 05:33:00      Credit One Bank Na,    Po Box 98875,
                 Las Vegas, NV 89193-8875
14787396       +E-mail/Text: bknotice@ercbpo.com Apr 17 2018 01:48:14      Enhanced Recovery Co L,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14787399       +EDI: IIC9.COM Apr 17 2018 05:33:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
```

```
District/off: 0315-2          User: dkam                   Page 2 of 3                   Date Rcvd: Apr 16, 2018
                              Form ID: 309A                Total Noticed: 58

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14787401       EDI: IRS.COM Apr 17 2018 05:33:00      Internal Revenue Service,   Insolvency Unit,   POB 628,
                 Pittsburgh, PA 15230
14787404      +EDI: MID8.COM Apr 17 2018 05:33:00      Midland Credit Management,   8875 Aero Drive,
                 Suite 200,   San Diego, CA 92123-2255
14787408      +EDI: AGFINANCE.COM Apr 17 2018 05:33:00      Onemain,   Po Box 1010,   Evansville, IN 47706-1010
14787414      +EDI: SEARS.COM Apr 17 2018 05:33:00      Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
14787415      +EDI: SWCR.COM Apr 17 2018 05:33:00      Southwest Credit Syste,   4120 International Pkwy,
                 Carrollton, TX 75007-1958
14787416      +EDI: AGFINANCE.COM Apr 17 2018 05:33:00      Springleaf Financial S,   2452 Philadelphia St,
                 Indiana, PA 15701-1535
14812055      +EDI: VERIZONCOMB.COM Apr 17 2018 05:33:00      Verizon,   500 Technology Drive Suite 30,
                 Weldon Spring, MO 63304-2225
14787420      +EDI: BLUESTEM Apr 17 2018 05:33:00      Webbank/Fingerhut,   6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
14787422      +EDI: BLUESTEM Apr 17 2018 05:33:00      Webbank/Fingerhut Fres,   6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
14787423       E-mail/Text: bankruptcy@firstenergycorp.com Apr 17 2018 01:48:10      West Penn Power,
                 P.O. Box 3687,   Akron, OH 44309-3687
14787424      +E-mail/Text: bankruptcynotice@westlakefinancial.com Apr 17 2018 01:48:06
                 Westlake Financial Svc,   4751 Wilshire Bvld,   Los Angeles, CA 90010-3847
14787427      +E-mail/Text: wci.bankruptcy@windstream.com Apr 17 2018 01:48:51      Windstream,
                 4001 Rodney Parham Rd,   Little Rock, AR 72212-2490
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Citibank, N.A., not in its individual capacity, bu
14812011*      +Allegheny Power,   800 Cabin Hill Drive,   ATTN: PAUL J. EVANSON,   Greensburg, PA 15606-0001
14812012*      +Beneficial,   P.O. Box 3425,   Buffalo, NY 14240-3425
14812013*      +Beneficial Consumer Discount,   PO Box 5233,   Carol Stream, IL 60197-5233
14812014*      +Berkheimer,   50 North Seventh Street,   Bangor, PA 18013-1798
14812015*      +Berks Credit & Coll,   900 Corporate Dr,   Reading, PA 19605-3340
14812016*      +Berks Credit & Colle,   Po Box 329,   Temple, PA 19560-0329
14812017*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,   15000 Capital One Dr,   Richmond, VA 23238)
14812018*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238)
14812019*      +Comcast,   Po Box 3001,   Southeastern, PA 19398-3001
14812020*      +Credit Coll,   Po Box 607,   Norwood, MA 02062-0607
14812021*      +Credit Coll/Usa,   16 Distributor Dr Ste 1,   Morgantown, WV 26501-7209
14812022*      +Credit Management Co,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14812023*      +Credit One Bank Na,   Po Box 98875,   Las Vegas, NV 89193-8875
14812024*      +Dayo Navalgund Associates,   120 Village Drive,   Greensburg, PA 15601-3787
14812025*      +Directv,   PO Box 5007,   Carol Stream, IL 60197-5007
14812027*      +Enhanced Recovery Co L,   8014 Bayberry Rd,   Jacksonville, FL 32256-7412
14812030*      +Fay Servicing Llc,   939 W North Ave,   Chicago, IL 60642-8029
14812032*      +Foremost Consumer,   5600 Beech Tree Lane,   Caledonia, MI 49316-9482
14812033*      +I C System Inc,   Po Box 64378,   Saint Paul, MN 55164-0378
14787400*      +Internal Revenue Service,   Insolvency Unit,   POB 7346,   Philadelphia, PA 19101-7346
14812034*      +Internal Revenue Service,   Insolvency Unit,   POB 7346,   Philadelphia, PA 19101-7346
14787402*      +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
14812036*      +Internal Revenue Service,   William S. Moorehead Federal Building,   1000 Liberty Avenue,
                 Room 727,   Pittsburgh, PA 15222-4107
14812035*       Internal Revenue Service,   Insolvency Unit,   POB 628,   Pittsburgh, PA 15230
14812037*      +Latrobe Hospital,   1 Mellon Wat,   Latrobe, PA 15650-1197
14812038*      +Midland Credit Management,   8875 Aero Drive,   Suite 200,   San Diego, CA 92123-2255
14812039*      +Mohela/Dept Of Ed,   633 Spirit Dr,   Chesterfield, MO 63005-1243
14812040*     ++NATIONWIDE INSURANCE,   SERVICE OF PROCESS TEAM,   THREE NATIONWIDE PLAZA,   MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
                (address filed with court: Nationwide Insurance,   1 Nationwide Plaza,   Columbus, OH 43215)
14812041*      +Northwest Consumer Dis,   Po Box 164,   Natrona Heights, PA 15065-0164
14812042*      +Onemain,   Po Box 1010,   Evansville, IN 47706-1010
14812044*      +Phelan Hallinan Diamond & Jones LLP.,   1617 JFK Boulevard, Suite 1400,
                 Philadelphia, PA 19103-1814
14812045*      +Progressive Financial Services,   PO Box 22083,   Tempe, AZ 85285-2083
14812046*      +Progressive Insurance,   6300 Wilson Mills Rd,   Mayfield Village, OH 44143-2182
14812047*       Radiologic Consultants Ltd,   514 Pellis Rd # 200,   Monaca, PA 15061
14812048*      +Richard H. McHenry DMD,   660 Pellis Road,   Suite 202,   Greensburg, PA 15601-4633
14812049*      +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
14812050*      +Southwest Credit Syste,   4120 International Pkwy,   Carrollton, TX 75007-1958
14812051*      +Springleaf Financial S,   2452 Philadelphia St,   Indiana, PA 15701-1535
14812053*       UPMC,   PO Box 371842,   Pittsburgh, PA 15250-7842
14812052*      +United Auto Credit Co,   3990 Westerley Place,   Newport Beach, CA 92660-2310
14812054*      +Us Dep Ed,   Po Box 5609,   Greenville, TX 75403-5609
14812056*      +Webbank/Fingerhut,   6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
14812058*      +Webbank/Fingerhut Fres,   6250 Ridgewood Rd,   Saint Cloud, MN 56303-0820
14812057*      +Webbank/fingerhut,   6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
```

```
District/off: 0315-2              User: dkam                 Page 3 of 3                  Date Rcvd: Apr 16, 2018
                                  Form ID: 309A              Total Noticed: 58


             ***** BYPASSED RECIPIENTS (continued) *****
14787421*        +Webbank/fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14812059*         West Penn Power,    P.O. Box 3687,   Akron, OH 44309-3687
14812060*        +Westlake Financial Svc,    4751 Wilshire Bvld,    Los Angeles, CA 90010-3847
14812061*        +Westmoreland County Tax Claim Bureau,    2 North Main Street,    Suite 406,
                   Greensburg, PA 15601-2417
14812062*        +Westmoreland Hospital,    532 W Pittsburgh St,    Greensburg, PA 15601-2282
14812063*        +Windstream,    4001 Rodney Parham Rd,   Little Rock, AR 72212-2490
                                                                                              TOTALS: 1, * 50, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but
               solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com
              Lisa M. Swope    lms@nsslawfirm.com, mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Eric  Linsenbigler ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Paul W. McElrath, Jr.    on behalf of Joint Debtor Jennifer  Linsenbigler ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```