**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Eric Linsenbigler<br>Jennifer Linsenbigler<br>　　　　　Debtor<br><br>Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI,<br>　　　　　Movant<br>　　v.<br>Eric Linsenbigler<br>Jennifer Linsenbigler<br>　　　　　Respondent<br>　　and<br>Lisa M. Swope, Trustee<br>　　　　　Additional Respondent | BK. NO. 18-20862 JAD<br><br>CHAPTER 7<br>Related to Docket #____25____<br><br>**DEFAULT O/E JAD** |

**ORDER MODIFYING SECTION 362 AUTOMATIC STAY**

　　　AND NOW, this 26th day of July, 2018, at Pittsburgh, upon Motion of Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI, it is

　　　**ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at RD 2 Box 283A, A/K/A 821 Windy Acres Rd, Saltsburg, PA 15681 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　_____ sjk
　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge
　　　　　　　　　　　　　　　　　　　Jeffery A. Deller

　　　FILED
　　　7/26/18 7:46 am
　　　CLERK
　　　U.S. BANKRUPTCY
　　　COURT - WDPA

Eric Linsenbigler
245 Manor Road
Unit 1
Delmont, PA 15626

Jennifer Linsenbigler
245 Manor Road
Unit 1
Delmont, PA 15626

<u>Premises</u>
RD 2 Box 283A
AKA, 821 Windy Acres Road
Saltsburg, PA 15681-3285

Paul W. McElrath, Jr., Esquire
McElrath Legal Holdings, LLC.
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
ecf@mcelrathlaw.com

Lisa M. Swope
219 South Center Street (VIA ECF)
P.O. Box 270
Ebensburg, PA 15931


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Eric Linsenbigler  
Jennifer Linsenbigler  
      Debtors

Case No. 18-20862-JAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Jul 26, 2018  
                               Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.  
db/jdb        +Eric Linsenbigler,    Jennifer Linsenbigler,    245 Manor Road,    Unit 1,  
                Delmont, PA 15626-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:

        James Warmbrodt    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI bkgroup@kmllawgroup.com  
        Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com, mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com  
        Lisa M. Swope    lms@nsslawfirm.com,    mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Paul W. McElrath, Jr.    on behalf of Debtor Eric   Linsenbigler ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
        Paul W. McElrath, Jr.    on behalf of Joint Debtor Jennifer   Linsenbigler ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                              TOTAL: 7